**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                          No. 4:95CR00040 JLH

GARY D. ANDERSON                                                          DEFENDANT

## ORDER

Gary D. Anderson has filed a motion for early termination of supervised release.  The statute provides that the Court may, after considering the relevant factors set forth in 18 U.S.C. § 3553(a), terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, provided that the action is warranted by the conduct of the defendant released and the interest of justice.  18 U.S.C. § 3583(e)(1).  The Court is not satisfied that early termination is warranted by the conduct of the defendant or is in the interest of justice.  The motion is therefore denied.  Document #73.

IT IS SO ORDERED this 28th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE